# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VIBERT FREDERICK, an individual, ) <br> ) <br>         Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> ) <br> BANK OF AMERICA, N.A., a federally ) <br> chartered bank; and SELECT PORTFOLIO ) <br> SERVICING, INC., ) <br> ) <br>         Defendants. ) <br> ) <br> _____ ) | 2:12-cv-877-RCJ-PAL <br><br> **ORDER** |

      On April 18, 2012, Plaintiff Vibert Frederick filed a complaint in Nevada state court against Defendants Bank of America, N.A. and Select Portfolio Servicing, Inc. (Compl. (#1-1) at 1). The complaint contains two contractual causes of action related to the foreclosure of Plaintiff's home. (*Id.* at 4-6). Select Portfolio Servicing later removed the action to this Court on May 23, 2012. (Pet. for Removal (#1)).

      Defendant Select Portfolio Servicing filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on June 4, 2012. (Mot. to Dismiss (#5)). Plaintiff failed to respond to Select Portfolio Servicing's motion to dismiss.

      Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

      Plaintiff here failed to file a response to Select Portfolio Servicing's motion to dismiss. Under Nevada Local Rule 7-2(d), Plaintiff is therefore deemed to consent to the granting of

the motion. Accordingly, the Court dismisses the complaint against Select Portfolio Servicing with prejudice.

For the foregoing reasons, IT IS ORDERED that Select Portfolio Servicing's motion to dismiss (#5) is GRANTED with prejudice.

DATED: This 3rd day of August, 2012.

_____
United States District Judge

2